BECERRA, AKA GARAY, AKA GARAY-RAMIREZ *v.* UNITED STATES (87 Fed. Appx. 423); BARRAZA-PEREZ *v.* UNITED STATES (87 Fed. Appx. 967); and LOEZA-CASTANEDA *v.* UNITED STATES (82 Fed. Appx. 929). C. A. 5th Cir. Certiorari denied.

No. 03–9297. ERVIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9298. EDMONDSON, AKA MOORER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9299. KIRBY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9300. MARTINEZ-HERNANDEZ, AKA CAMPOS-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9319. ALTAMIRANO-VARGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–918. CHEVY CHASE BANK, F. S. B., ET AL. *v.* WELLS ET AL. Ct. App. Md. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–8848. AVILES *v.* COLORADO. Ct. App. Colo. Motion of petitioner to consolidate case with No. 03–407, *Kowalski, Judge, 26th Judicial Circuit Court of Michigan, et al.* v. *Tesmer et al.* [certiorari granted, 540 U. S. 1148], denied. Certiorari denied.

No. 03–839. IN RE GENTILUOMO, 540 U. S. 1176;

No. 03–6458. MODENA *v.* UNITED STATES, 540 U. S. 1185;

No. 03–7130. BUTLER *v.* MADISON COUNTY JAIL ET AL., 540 U. S. 1119;

No. 03–7375. ARDOIN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 540 U. S. 1151;

No. 03–7627. KENDRICK *v.* UNITED STATES, 540 U. S. 1133;

No. 03–7693. NEVITT *v.* CHAPEL ET UX. (two judgments), 540 U. S. 1187;

No. 03–7702. RIVAS *v.* UNITED STATES, 540 U. S. 1137;

No. 03–7890. RIDDICK *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 540 U. S. 1192;

No. 03–8052. PUCKETT *v.* IDAHO, 540 U. S. 1198;

No. 03–8283. DUNLAP *v.* MICHIGAN, 540 U. S. 1204; and

No. 03–8409. IN RE KORNAFEL, 540 U. S. 1176. Petitions for rehearing denied.

## APRIL 14, 2004

No. 03–9541. CARDENAS ASPRILLA *v.* DAVIS, WARDEN. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.

No. 03–9686 (03A838). McWEE *v.* SOUTH CAROLINA. Sup. Ct. S. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

## APRIL 16, 2004

No. 03–221. PLILER, WARDEN *v.* FORD. C. A. 9th Cir. Motion of Federal Defenders in the Ninth Circuit for leave to file a brief as *amicus curiae* granted. Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 03–1027. RUMSFELD, SECRETARY OF DEFENSE *v.* PADILLA ET AL. C. A. 2d Cir. Motion of respondents for divided argument denied.

## APRIL 19, 2004

No. 03–756. BARRIENTOS ET AL. *v.* TEXAS ET AL. Affirmed on appeal from D. C. S. D. Tex.

No. 03–9225. PHELPS *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed